**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Svetlana Angel YIM, Defendant–Appellant.**

**No. 12–30387.**

United States Court of Appeals, Ninth Circuit.

Argued and Submitted April 8, 2014.

Filed April 21, 2014.

Jeffrey Backhus, Assistant U.S., Helen J. Brunner, Esquire, Assistant U.S., Richard Edward Cohen, Assistant U.S., Jerrod C. Patterson, Roger Scott Rogoff, Assistant U.S., Office of the U.S. Attorney, Seattle, WA, for Plaintiff-Appellee.

Suzanne Lee Elliott, Esquire, Law Offices of Suzanne Lee Elliott, Seattle, WA, for Defendant-Appellant.

* This disposition is not appropriate for publication and is not precedent except as provided

Before: KOZINSKI, Chief Judge, and RAWLINSON and BEA, Circuit Judges.

MEMORANDUM *

Viewing the evidence in the light most favorable to the government, a reasonable trier of fact could have found the essential elements of conspiracy to distribute controlled substances, conspiracy to engage in money laundering, and wire fraud beyond a reasonable doubt. *See United States v. Nevils,* 598 F.3d 1158, 1163–64 (9th Cir. 2010) (en banc) (citing *Jackson v. Virginia,* 443 U.S. 307, 319, 99 S.Ct. 2781, 61 L.Ed.2d 560 (1979)). Therefore, Svetlana Angel Yim's challenge to the sufficiency of the evidence supporting her convictions fails. *See id.* at 1170.

**AFFIRMED.**